IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:06CR75 (Judge Schneider) |
| BRAD TODD BROWN | § | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

Violation: Title 18, United States Code, Section 842(d)(1) (Distribution of explosive material to an individual who is under 21 years of age)

On or about May 17, 2006, in the Eastern District of Texas, BRAD TODD BROWN, Defendant herein, did knowingly, intentionally, and unlawfully, distribute explosive materials to an individual who was under twenty-one years of age, in violation of Title 18, United States Code, Section 842(d)(1).

Date: 8/8/6

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

RICHARD L. MOORE
ASSISTANT U.S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
903-590-1400
Bar Card No. 14366700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:06CR___ |
| | § | (Judge _____) |
| BRAD TODD BROWN | § | |

## NOTICE OF PENALTY

### COUNT 1

Violation:      Title 18 United States Code, § 842(d)(1). (Distribution of explosive material to an individual who is under 21 years of age)

Penalty:      Title 18 United States Code, § 844(a)(1). Imprisonment for not more than 10 years; a fine of not more than $250,000.00; or both, a term of supervised release of not more than 3 years.

Special Assessment:    $100.00