| | |
|---|---|
| DATE: 2/8/2007<br>LOCATION: TYLER<br>JUDGE: MICHAEL H. SCHNEIDER<br>DEP. CLERK: Linda Pritchard<br>RPTR/ECRO: Ron Mason<br>USPO: Jimmy Wilkerson<br>INTERPRETER: | CASE NO: 6:06cr75(01)<br><br>**USA  VS.  BRAD TODD BROWN**<br><br>RICHARD MOORE  / GREG WALDRON<br>Attorney for Government / Attorney for Defendant<br><br>BEGIN: 1:25 P.M.    ADJOURN: 1:50 P.M. |

## SENTENCING

- ☒ Sentencing called   ☒ Sentencing held   ☐ Objections(PSR) by Govt   ☐ **Overruled**   ☐ **Sustained;** by Dft   ☐ **Overruled**   ☐ **Sustained**
- ☒ Court adopts PSR in its entirety   ☐ Court adopts PSR w/exception of: _____
- ☐ **Court departs from guidelines**   ☐ On Motion of Govt.   ☐ Other: ☐ **Dft's Mot/Downward Overruled / Sustained**

| CT. | CUSTODY | Consec/Concurr | W/CT | FINE | REST | PROB | SUP/REL | Consec/Concurr | W/CT | SP/ASS | INELIG FED BEN. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Inf. | | | | waived | | 3 yrs. | | | | $100 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| | |
|---|---|
| **WHILE INCARCERATED: IT IS RECOMMENDED THAT:**<br>☐ Deft participate in the **Inmate Financial Responsibility Program**.<br>☐ Deft participate in **Drug Treatment Program**. | **RECOMMENDATION TO BOP:**<br>Deft be designated to FCI: |

### SPECIAL CONDITIONS of RELEASE

| | |
|---|---|
| X | Dft shall abide by **standard conditions** of release, including committing no offenses, federal, state or local; and shall not illegally possess a controlled substance. |
| X | Dft shall **report** in person to the probation office in the district to which the dtf is released within **72 hours** of release from BOP. |
| X | Dft shall not possess a **firearm** or other destructive device. / Dft shall be **surrendered to INS official** for deportation proceeding. |
| X | Court orders **mandatory drug test** / Court finds drug test w/in 15 days of release unnecessary. |
| X | Dft shall provide the probation officer with access to any requested **financial information**. |
|   | Dft shall pay any **financial penalty** that is imposed by this judgment and that remains unpaid at the commencement of SUP/REL. |
|   | Dft shall **not incur new credit charges** or open additional lines of credit without the approval of Probation Officer. |
| X | Dft shall participate in an ☐ **Assessment** /☒ **Program** of testing and treatment for ☒ **drug abuse** ☐ **mental health treatment.** |
|   | Dft shall perform _____ hours of **community service** as directed by probation officer. / Dft to **pay delinquent Child Support.** |
|   | Dft shall be placed on **home detention** for a period of _____ months, to commence (immediately/immediately following release from imprisonment/on _____). Dft to remain at this residence except for employment & other activities approved by probation officer. Dft shall maintain a telephone at residence without any special services, modems, answering machines, or cordless telephones. |
|   | Dft shall be prohibited from having any type of contact with the other listed co-defendants in this case. |

| | | | | | |
|---|---|---|---|---|---|
| | Dft **REMANDED** to the USM. | | | X | Dft advised of **right to appeal** & court appointed counsel |
| | Dft ordered to **surrender** on : | USM | | X | **Presentence Report** Sealed. |
| | | Designated FCI | | X | **Minutes** filed |
| | Dft's **bond**  ☐ set  ☐ reduced to $_____<br>☐ cash ☐ surety ☐ 10% ☐ PR ☐ unsecured | | | | **Exhibit** list filed |
| | **Bond continued** | in this case | other case # _____ | | **Witness** list filed. |
| | Dft failed to appear | Ord/Arrest Warrant | BND forfeited. | | See reverse/attached for additional proceedings |
| | **REMAINING** Counts **dismissed** on Govt's Motion | | | | |

**FILED:**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DAVID J. MALAND, CLERK

FORM TXED-118

**ADDITIONAL PROCEEDINGS - PAGE 2**

**CASE NO.  6:06cr75      - USA v BRAD TODD BROWN**

| | |
|---|---|
| 1:25 pm | Case called.  Mr. Moore announced ready for the Government.  Mr. Waldron announced ready for the Defendant.  Defendant sworn.  Jimmy Wilkerson appeared on behalf of the probation department. |
| 1:31 pm | Court inquired if Mr. Waldron and dft received a copy of PSR, have reviewed it, and have any objections.  No objections. |
| 1:33 pm | Court adopted PSR in its entirety. |
| 1:35 pm | Defendant allocuted to the Court.  Mr. Waldron spoke on behalf of the Defendant. Mr. Moore responded. |
| 1:41 pm | Court imposed sentence.  Defendant to be placed on home detention for a period not to exceed 180 days, to commence immediately.  Defendant shall cooperate in the collection of DNA. |
| 1:44 pm | Deft advised of right to appeal & court appointed counsel. |
| 1:50 pm | There being nothing further in this case, Court adjourned. |

**DAVID J. MALAND, CLERK**

BY:         Linda Pritchard
           Courtroom Deputy Clerk